J. JAMES LI (SBN: 202855)
LiLaw
20432 Silverado Ave., Suite 210
Cupertino, California 95014
Telephone: (650) 521-5813
Facsimile: (408) 996-2928
E-mail: lij@lilaw.us

Attorneys for Plaintiffs
PEAK PERFORMANCE NUTRITION, LTD.,
WILLIAM E. WHEELER, Ph.D

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEAK PERFORMANCE NUTRITION, a Nevada Domestic Corporation, and WILLIAM E. WHEELER, Ph.D., an individual,<br><br>      Plaintiffs,<br><br>  v.<br><br>MEDIA POWER, INC., a Maine corporation, KENNETH W. BYERS, an individual, and KEN WRIGHT, an individual,<br><br>      Defendants.<br><br>And related cross-action | Case No.: CV 09-4933 AG (SHx)<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT KEN WRIGHT**<br><br>**Honorable Andrew J. Guilford** |

1

[Proposed] Order Dismissing Claims against Defendant Ken Wright

1  Having reviewed the Stipulation of Plaintiffs and Defendant Ken Wright for
2  dismissal with prejudice of claims against Mr. Wright, the Court finds good cause
3  for the requested order.
4  THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' claims as to
5  Defendant Ken Wright are hereby DISMISSED with prejudice, with Plaintiffs and
6  
7  Mr. Wright to bear their own respective attorney's fees and court costs.
8  DATED:  December 29, 2010

_____
Honorable Andrew J. Guilford
United States District Court Judge